DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

LINDSEY v. BODDIE-NOELL ENTERS., INC.

No. 679A01

Case below: 355 N.C. 487

Petition by plaintiff to rehear pursuant to Rule 31 denied 27 June 2002.